■ ROBERT J. LOWEN, as International President of the International Organization of Masters, Mates and Pilots, et al., Appellants, v JOSEPH GAIER, Individually and as Former President of International Organization of Masters, Mates and Pilots, et al., Respondents. — Order, Supreme Court, New York County, entered on October 29, 1980, unanimously affirmed, without costs and without disbursements. Appeal from the order of said court, entered on July 16, 1980, is dismissed as academic, without costs and without disbursements. No opinion. Concur — Ross, J.P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ FRANCIS J. MULDERIG, Appellant, v DONALD O'LEARY, Defendant, and MARGARET COHN et al., as Executors of MAURICE J. COHN, Respondents. — Order, Supreme Court, New York County, entered on August 28, 1980, unanimously affirmed, with leave to renew the motion after the expiration of 120 days from the date hereof, or earlier completion of disclosure, without costs and without disbursements. No opinion. Concur — Ross, J.P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ PHILIP S. CAPANO, Respondent, v A. CHARLES D'AGOSTINO, Appellant. — Appeal from order, Supreme Court, Bronx County, entered on August 14, 1980, unanimously dismissed as superseded by an order granting reargument, without costs and without disbursements. No opinion. Concur — Ross, J.P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY BURROWS, Appellant. — Judgment, Supreme Court, Bronx County, rendered on February 9, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J.P., Markewich, Lupiano, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME JENKINS, Also Known as MICKEY JENKINS, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on March 7, 1980, unanimously affirmed, and the appeal from the judgment of said court, rendered on January 18, 1978, dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Sandler, J.P., Sullivan, Markewich, Lupiano and Fein, JJ.

■ BRUNO CAPPELLINI, as Administrator of the Estate of HAYDEE N. MACHADO, Deceased, Respondent, v UNITED TECHNOLOGY OF NEW YORK et al., Appellants. — Motion granted only insofar as to clarify the order of this court entered on November 20, 1980 [78 AD2d 821] by amending said order to add at the end thereof: "By our language we do not require any defendant to appear in any jurisdiction where it is not otherwise subject to suit. Defendant United Technology of New York is directed to stipulate to accept service in the State of Connecticut." In all other respects the motion is denied. Concur — Murphy, P.J., Sandler, Ross, Silverman and Carro, JJ.